UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA O'DELL, | ) | CIVIL ACTION NO. 1:19-CV-1583 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | ) | |
|     Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum, it is hereby ORDERED that:

(1)   The final decision of the Commissioner is VACATED.

(2)   This case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3)   Final judgment is entered in favor of Diana O'Dell.

(4)   The Clerk of Court is DIRECTED to CLOSE this case.

Date: October 22, 2020          BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge